JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON STRANGE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN RECOVERY SERVICE INCORPORATED OF CALIFORNIA,<br><br>Defendant. | Case No. 20-cv-00992-FMO-AFMx<br><br>**ORDER GRANTING STIPULATION [8] TO DISMISS ACTION** |

Plaintiff Clinton Strange and Defendant American Recovery Service Incorporated of California having stipulated to the dismissal of this action with prejudice as a result of a settlement between Plaintiff Clinton Strange and Defendant American Recovery Service Incorporated of California, the court hereby **GRANTS** the stipulation to dismiss this action with prejudice.

**IT IS SO ORDERED.**

Dated: March 11, 2020

>                    /s/
> Hon. Fernando M. Olguin
> United States District Judge

-1-